UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GERALD DUANE ANDERS,<br><br>    Petitioner,<br><br>    v.<br><br>ROBERT J. PALMQUIST, Warden<br>Federal Detention Center SeaTac, *et al.*,<br><br>    Respondents. | NO. C07-644-RSL-MAT<br><br>ORDER GRANTING PETITIONER'S REQUEST FOR VOLUNTARY DISMISSAL OF PETITION FOR WRIT OF HABEAS CORPUS |

Upon consideration of the Petitioner's Request for Voluntary Dismissal of Petition for Writ of Habeas Corpus pursuant to Fed. R. Civ. P. 41(a)(1)(I), and the records and files herein, and good cause appearing,

IT IS HEREBY ORDERED that the above-entitled action is dismissed without prejudice.

DONE this 24th day of May, 2007.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

[PROPOSED] ORDER GRANTING PETITIONER'S
REQUEST FOR VOLUNTARY DISMISSAL OF
PETITION FOR WRIT OF HABEAS CORPUS – 1
(*Gerald Duane Anders*; C07-644-RSL-MAT)

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

1  Recommended for Entry
2  this 23rd day of May, 2007.

3  s/ Mary Alice Theiler
   United States Magistrate Judge

4

5

6

7  Presented by:

8  s/ Michael Filipovic
   Bar No. 12319
9  Assistant Federal Public Defender
   Attorney for Petitioner Gerald Duane Anders
10 Federal Public Defender
   1601 Fifth Avenue, Suite 700
11 Seattle, WA 98101
   Tel. (206) 553-1100
12 Fax (206) 553-0120
13 Michael_Filipovic@fd.org

14

15

16

17

18

19

20

21

22

23

24

25

26

[PROPOSED] ORDER GRANTING PETITIONER'S
REQUEST FOR VOLUNTARY DISMISSAL OF
PETITION FOR WRIT OF HABEAS CORPUS – 2
(*Gerald Duane Anders*; C07-644-RSL-MAT)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**